MORRIS KLEIMAN and Others, Copartners, Doing Business under the Firm Name and Style of KLEIMAN & KAPLAN, Respondents, *v.* BEECH-NUT PACKING COMPANY, Appellant.

First Department, May 31, 1940.

*Chester Bordeau* of counsel [*White & Case*, attorneys], for the appellant.

*Philip Prosk*, for the respondents.

PER CURIAM. The gravamen of a cause of action for slander is the utterance of defamatory matter in the hearing of at least one person. The complaint here charges that the defamatory matter was uttered " in the presence and hearing of divers persons including agents and representatives of firms with whom plaintiffs had been dealing and with whom they had good credit   *   *   *." In view of this allegation defendant is entitled to know the names of the persons plaintiffs claim heard the defamatory matter.

The order appealed from should be modified by granting item 1 in full, and as so modified affirmed, without costs.

Present — MARTIN, P. J., TOWNLEY, DORE, COHN and CALLAHAN, JJ.

Order, so far as appealed from, unanimously modified by granting item 1 in full, and as so modified affirmed, without costs. Verified bill of particulars to be served within ten days after service of order.